IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Emily Evans, | ) | Case No.: 3:14-CV-299 |
|---|---|---|
| Plaintiff, | ) | Judge Thomas Rose |
| v. | ) | **ORDER OF DISMISSAL: TERMINATION ENTRY** |
| Sheriff Phil Plummer, et al., | ) | |
| Defendants. | ) | |

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

IT IS SO ORDERED.

October 17, 2017                *s/Thomas M. Rose
                                _____
                                Honorable Thomas M. Rose
                                United States District Judge